# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Victor Rodriguez, on behalf of himself and all other similarly situated persons, known and unknown, Plaintiffs, v. Anthony's Restaurant, Inc., and Antonios Konidaris, individually, Defendants. | Case No. 1:15-cv-4331<br><br>Hon. Judge Bucklo<br><br>Hon. Magistrate Judge Rowland |

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), the opposing party not having filed an Answer, respectfully requests that the Court dismiss all causes of action and this case in its entirety, without prejudice.


Respectfully submitted,

s/ Raisa Alicea
Raisa Alicea
CONSUMER LAW GROUP, LLC
6232 N. Pulaski, Ste. 200
Chicago, IL 60646
(312) 800-1017
ralicea@yourclg.com

One of Plaintiff's attorneys